1  Robert B. Javan  (SBN 148806)
   LAUGHLIN, FALBO, LEVY & MORESI
2  One Capitol Mall, Suite 400
   Sacramento, CA  95814
3  Telephone: (916) 441-6045
   Facsimile: (916) 441-7067
4  Email: rjavan@lflm.com

5  Attorneys for Intervenor
   FEDERAL EXPRESS CORPORATION
6
   Timothy G. McNulty (SBN 159227)
7  BREMER, WHYTE, BROWN & O'MEARA, LLP
   501 West Broadway, Ste. 1700
8  San Diego, CA 92101
   Telephone: (619)236-0048
9  Facsimile: (619)236-0047
   Email:  TMcNulty@bremerwhyte.com
10
   Attorneys for Defendant
11 WOLVERINE SERVICES, LLC

12

13                  UNITED STATES DISTRICT COURT

14              NORTHER DISTRICT OF CALIFORNIA – SAN FRANCISCO

15

16 | MARK THOMPSON, | No: | 3:20-cv-08865-TSH |

17            Plaintiff,

                                        **JOINT STIPULATION AND ORDER**
18       v.                             **FOR DISMISSAL WITH PREJUDICE**

19 WOLVERINE SERVICES, LLC, and
   DOES 1 to 30
20
             Defendants.
21
   ////
22
   ////
23
   ////
24
   ////
25
   ////
26
   ////
27
   ////
28

                                    -1-
**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

FILED

Aug 03 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: 8/2/2022                    LAUGHLIN, FALBO, LEVY & MORESI, LLP


By: _____/S/_____
ROBERT B. JAVAN, Attorney for
FEDERAL EXPRESS CORPORATION


DATED: 8/2/22                      BREMER WHYTE BROWN & O'MEARA, LLP


By: _____/S/_____
Timothy G. McNulty, Attorney for
WOLVERINE SERVICES, LLC

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated:  August 3, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge